# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-09-81089 C-13D |
| James D. Keyser | ) | |
| Denise D. Keyser | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING SALE OF REAL PROPERTY

On December 9, 2010, a hearing was held on Motion by the Debtors for permission to sell property known as 331 Gaither Ashley Rd., Timberlake, NC ("the real property"). At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtors, and Richard M. Hutson II, Standing Trustee appeared. No other party appeared or objected to the Motion. The Court, after considering the Motion in this case and having heard and considered the statements of counsel and the Trustee, finds that the Motion should be allowed; therefore, it is ORDERED:

1. The Motion of the Debtors for permission to sell the real property to Romona Creech (Purchaser) pursuant to the terms as stated in the Motion is granted.

2. The Debtors are authorized to execute any and all documents necessary to consummate the transfer, pay all outstanding liens, judgment liens, deeds of trust and other encumbrances of record, sales commissions, ad valorem taxes (pre-petition and post-petition) and other customary selling expenses from the sales proceeds.

3. The closing agent or attorney shall forward all net proceeds to the Chapter 13 Office to be held in the Trustee's trust account pending further Orders of the Court on the distribution of said proceeds.

4. John T. Orcutt, Esq. is allowed the presumptive fee of $350.00 for services rendered in the filing of this Motion which shall be paid through the Debtors' plan.

5. The stay under Rule 6004(g) of the Federal Rules of Bankruptcy Procedure is not applicable to the provisions of the Order.

**PARTIES IN INTEREST**
Page 1 of 1
09-81089 C-13D

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**