C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-09-81089  C-13D |
| James D. Keyser | ) | |
| Denise D. Keyser | ) | |
| | ) | |
| Debtor | ) | |

## ORDER ALLOWING DEBTORS TO AMEND EXEMPTIONS AND
## FOR DISTRIBUTION OF PROCEEDS FROM THE SALE OF REAL PROPERTY

On June 2, 2011, a hearing was held on Motion by the Debtor to Allow Amended Exemptions and to Determine Distribution of Proceeds from the Sale of Real Property. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtors, and Richard M. Hutson II, Standing Trustee appeared. No other party appeared or objected to the Motion. The Court, after considering the Motion and evidence presented, finds that there is good cause to permit the Debtors to amend their exemptions to include an adjoining lot in their homestead exemption in that such adjoining lot had been considered and used as a part of the Debtors' residence; therefore, it is ORDERED:

1. The Debtors are permitted to amend their homestead exemption to include the adjoining lot.

2. The net proceeds from the sale of the Debtors' residence being held by the Trustee in the amount of $39,259.85 shall be distributed as follows:

(a) The sum of $37,000.00 directly to the Debtors in satisfaction of their homestead exemption; and

(b) The balance of $2,259.75 shall be applied to unsecured priority claims in this case.

# PARTIES IN INTEREST
Page 1 of 1
09-81089 C-13D

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**